```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SHORNETTE MARIA SAMUELS JAMES,

            Petitioner,

- against -

ZORAIDA GOMEZ,

            Respondent.

**25-CV-2169 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the May 29, 2025, letter informing the Court that Petitioner Shornette Maria Samuels James ("James") and Respondent Zoraida Gomez ("Gomez") have completed the pre-motion letter exchange regarding Gomez's anticipated motion to dismiss James's petition and have failed to resolve the issue without resorting to motion practice. (See Dkt. No. 11.)

    Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs James and Gomez to advise whether they consent for the Court to deem the pre- motion letters to constitute a fully briefed motion to dismiss and rule on the basis of those letters, or whether the parties request supplemental or full briefing. If James and Gomez request supplemental or full briefing, they shall submit a

proposed briefing schedule within one (1) week of the date of this Order.

**SO ORDERED.**

Dated:     May 30, 2025
           New York, New York

                                              _____
                                              Victor Marrero
                                              U.S.D.J.