**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHORNETTE MARIA SAMUELS-JAMES,

                           Petitioner,

      -against-                                  25 **CIVIL** 2169 (VM)

                                            **JUDGMENT**

ZORAIDA GOMEZ, Field Office Director
U.S. Department of Homeland Security,
United States Citizenship and
Immigration Services New York City
Field Office,

                          Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated February 9, 2026, it is hereby ORDERED that the motion of respondent Zoraida Gomez (Dkt. No. 27) to dismiss petitioner Shornette Maria Samuels-Jamess Amended Petition (Dkt. No. 24) is GRANTED. The Amended Petition is hereby DISMISSED. Accordingly, the case is closed.

**Dated:** New York, New York

       February 12, 2026

                                    **TAMMI M. HELLWIG**

                                       _____
                                          **Clerk of Court**

               **BY:**                _____
                                            **Deputy Clerk**